# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| R Alexander Acosta,<br><br>    Plaintiff,<br><br>v.<br><br>G Farms LLC, an Arizona LLC; Santiago Gonzalez; LeFelco, a Wyoming Profit Corporation; Aturo Valdez Castro; and Raul Leon,<br><br>    Defendants. | No. CV-17-01446-PHX-DLR<br><br>**ORDER** |

The Court has reviewed the parties' Notice of Lodging of Stipulation and Proposed Order and Stipulation Re: Entry of Preliminary Injunction. (Docs. 15, 15-2.) For good cause shown,

**IT IS ORDERED** that the parties' Stipulation Re: Entry of Preliminary Injunction is **GRANTED** and Plaintiff's Application for Temporary Restraining Order (Doc. 2) is **DENIED** as moot.

Plaintiff R. Alexander Acosta, Secretary of Labor, has applied, pursuant to Rule 65 of the Federal Rules of Civil Procedure, for a temporary restraining order and a preliminary injunction. The Secretary and Defendants G Farms, Santiago Gonzalez, LeFelco, and Raul Leon ("Defendants") have stipulated and agreed to entry of a preliminary injunction on the terms set forth below.

**INSOFAR** as Defendants failed to house their H-2A guest workers in the facilities they sought and received approval for in their work order and instead, housed them in buses, trailers and an open-air shed at the farm; and

**INSOFAR** as Defendants have also failed to keep track of the hours worked by these H-2A workers during the workweek beginning April 22, 2017, and to pay them, as agreed and required under governing regulations, on an hourly basis of $10.95 an hour; good cause having been shown, and in light of the parties' stipulation, it is hereby

**ORDERED** that a Preliminary Injunction be granted; and

It is **ORDERED** effective immediately that:

(1) Defendants G Farms, Santiago Gonzalez, LeFelco, and Raul Leon are enjoined and restrained from housing H-2A guest workers in housing that does not fully comply with all applicable State and federal housing standards;

(2) Defendants G Farms, Santiago Gonzalez, LeFelco, and Raul Leon are enjoined and restrained for the duration of the 2017 season from housing H-2A workers in the bus and trailer facilities in which workers were housed from April 21, 2017 through May 4, 2017;

(3) Defendants G Farms, Santiago Gonzalez, LeFelco, and Raul Leon are ordered to house H-2A guest workers in Desert Gardens Apartments for the remainder of the 2017 season and to make said housing available for inspection by representatives of the Department of Labor at their reasonable request.  As part of providing this housing, Defendants are ordered to implement the specified housing requirements set forth in Exhibit A;

(4) Defendants G Farms, Santiago Gonzalez, LeFelco, and Raul Leon are enjoined and restrained from making any deductions from H-2A workers' pay except as authorized by the statute or

                regulations. This means that no deductions for food or catering can be made while workers are housed in apartments that have cooking facilities;

(5) Defendants G Farms, Santiago Gonzalez, LeFelco, and Raul Leon are required to provide, or ensure that the workers are provided with, free and safe transportation to and from the worksite, and to and from grocery stores as needed at least once a week. This transportation may only be made by persons who are authorized to transport the workers in vehicles that have been inspected and certified by the Department of Labor.

(6) Defendants G Farms, Santiago Gonzalez, LeFelco, and Raul Leon are enjoined and restrained from failing to maintain accurate time and payroll records of all hours worked by the H-2A workers, ordered to keep all such records as are required under the H-2A regulations, and provide to each worker a record of their hours worked on a weekly basis for their review. Hours worked includes time transporting workers to and from the fields from the Desert Gardens;

(7) Defendants G Farms, Santiago Gonzalez, LeFelco, and Raul Leon are enjoined and restrained from failing to pay all H-2A workers no less than the hourly rate of $10.95 as required under the work order approving their application for visas for these workers, including any additional wages that are currently owing. Defendants may pay employees on a piece rate basis of: $0.70 per sack for clipping onions; $0.35 per bag for grading onions (with the number of bags to be divided among a group of 25 workers); $0.14 per bag for field loading of onions (with the number of bags to be divided among a group of 6 workers);

$0.13 per bag for shed unloading of onions (with the number of bags to be divided among a group of 6 workers); $10 per ton for field pitching of watermelons; and $10 per ton for shed packing of watermelons; but they must tally the total hours worked on a weekly basis to determine if all workers were paid at a rate equivalent to $10.95 for each hour worked.   Where the piece rate earnings fall below the required wage rate, Defendants shall make up the difference;

(8) Defendants G Farms, Santiago Gonzalez, LeFelco, and Raul Leon are authorized to offer the H-2A workers work in excess of 8 hours per day/five days per week as stated in the work order through the end of the 2017 harvest, however, they may not pressure them to do so and workers must be free to refuse to work the additional hours;

(9) Defendants G Farms, Santiago Gonzalez, LeFelco, and Raul Leon are enjoined and restrained from threatening or coercing workers into making payments or kick-backs of any kind to themselves, their agents, associates or employees, and from threatening or coercing workers from exercising their rights to communicate fully and freely with the Department of Labor investigators without fear of retribution;

(10) Defendants G Farms, Santiago Gonzalez, LeFelco, and Raul Leon are ordered to do everything reasonably necessary to prevent any person, including their agents, associates and employees, and including their co-defendants including Defendant Arturo Valdez Castro from receiving payments from the workers, and/or from threatening or coercing the workers from exercising their rights to communicate fully and freely with

the Department of Labor investigators without fear of retribution, including, but not limited to, disassociating all business ties with any such person, cutting off any such person's access to H-2A workers on their G Farms, and reporting any such threats, intimidation or coercion to the Department of Labor;

(11) Within one week of this Order, Defendants shall permit a representative of the Secretary, in the presence of Defendants Gonzalez, Castro, and Leon, to read aloud, in both English and Spanish, and thereafter provide a written copy to each employee, of this **Order**, as well as the following statement:

You are protected by the H-2A visa statute and regulations and have the right to participate freely in the U.S. Department of Labor's investigation into your employer's pay practices. You have the right to speak freely with investigators or other official from the Department of Labor. Your employer is prohibited from retaliating against you in any way because you spoke with the Department of Labor.

*Usted está protegido por la Ley de H-2A y tiene el derecho de participar libremente en la investigación del Departamento de Trabajo. Usted tiene el derecho de hablar libremente con investigadores u otras personas del Departamento de Trabajo. La ley H-2A le prohíbe a su empleador tomar cualquier tipo de represalias contra de usted por ejercer sus derechos o hablar con el Departamento de Trabajo.*

   (12)  Defendants shall provide seven days written notice to the Department of Labor before terminating any worker;

   (13)  This injunction sets forth the obligations of each individual defendant. Each defendant must comply with its own obligations under this order.

Dated this 19th day of May, 2017.

Douglas L. Rayes
United States District Judge

**ATTACHMENT A**

*General Housing Requirements:*
- Ensure living area is clean and sanitary which includes contracting individual(s) to maintain and clean kitchen, bathrooms, and common areas
- Adequate supply of hot and cold running water for cooking, bathing, and laundry
- Safe transportation provided to and from grocery store at no cost at least once per week
- No deductions or requests for payments can be made for meals
- Windows must be able to open at least halfway for ventilation purposes and must be equipped with screens
- Screen doors must be equipped with self-locking device.
- Must comply with all federal, state and local housing standards for the life of the Clearance Order
- Must fully comply with all requirements under OSHA 1910.142 Standards

*Sleeping Quarters (Rooms):*
- Each occupant must have their own individual bed with a mattress and bed frame that is at least 1 foot off the ground.
- Beds must be at least 3 feet apart from each other
- Each sleeping area must have at least 50 square feet of floor space per occupant
- All appropriate bedding must be provided, at the Employer's expense, including but not limited to sheets, covers, pillows, pillowcases, etc.
- Each room must have at least one ceiling type light fixture and at least one electrical outlet.
- Each occupant must have adequate storage space and hangers for their personal belongs (*i.e.*, dresser, etc.)

*Kitchen/Dining Facilities:*
- Kitchen/dining facilities should be separate from sleeping quarters.

- Basic kitchen supplies must be provided, at the Employer's expense, including but not limited to: pots/pans, silverware, plates, bowls, knives, cutting boards, and proper food storage capabilities.
- Kitchen is equipped with dining table and enough chairs for each occupant
- Proper garbage receptacle that is kept clean, sanitary and emptied no less than twice a week.

*Laundry Facilities:*
- Ensure each occupant can wash and dry their own clothes separate from sinks or bathtubs.
- If laundry facilities are provided by the apartment complex, the use of the washers and dryers has to be at no expense to the employees. Expenses incurred by fee-based washers and dryers must be refunded by the Employer.

*Bathrooms/Bathing Facility:*
- Provide adequate supply of toilet paper
- Each bathroom must be adequately ventilated
- Each bathroom must be adequately lighted
- Shower curtains must be provided by the Employer
- Must have adequate hot and cold water and adequate water pressure for each occupant.